IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KENNETH WEAVER,
     Plaintiff,

vs.                                        Case No.: 4:05cv252/MMP/EMT

JAMES V. CROSBY, JR.,
     Defendant.

_____/

## REPORT AND RECOMMENDATION

     This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint in the Circuit Court in and for Leon County, Florida (*see* Doc. 1 at 4-15).  The action was removed to the District Court for the Northern District of Florida by Defendant (*id.* at 1-3).  On February 9, 2006, this court entered an order (Doc.19) giving Plaintiff thirty (30) days in which to file an amended complaint.  Plaintiff failed to respond to the order, therefore, on March 21, 2006, the court issued an order requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 20).  The time for compliance with the show cause order has now elapsed with no response from Plaintiff.

     Accordingly, it is respectfully **RECOMMENDED**:

     That this case be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an order of the court.

     At Pensacola, Florida, this 12th day of April 2006.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**

Case No: 4:05cv252/MMP/EMT