IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KENNETH WEAVER,

    Plaintiff,

v.                                                       CASE NO. 4:05-cv-00252-MP-EMT

JAMES V CROSBY, JR,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 21, Report and Recommendation of the Magistrate Judge, recommending that this matter be dismissed for failure to prosecute and to follow an order of the Court. No objections were filed, and the Report and Recommendation was returned as undeliverable. Previously, the Magistrate Judge ordered the plaintiff to file an amended complaint, and the plaintiff failed to do so. Next the Magistrate Judge issued an order to show cause, which the plaintiff did not respond to. The Court agrees that dismissal is warranted under such circumstances. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *2nd*  day of November, 2006

                                        *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge